# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW
PARK 80 WEST - PLAZA ONE - 250 PEHLE AVENUE, SUITE 401 - SADDLE BROOK, N.J. 07663
201-845-9600 - FAX 201-845-9423

General E-mail: clphk@njlawfirm.com
Internet Address:  www.njlawfirm.com

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Dial: 551-497-7131
Cell: 201-709-0597

July 10, 2013

**VIA ECF & HAND DELIVERY**
Honorable Joseph A. Dickson, USMJ
United States District Court
District of New Jersey
Martin Luther King, Jr. Building
 & U.S. Courthouse
50 Walnut Street, Room MLK 2D
Newark, NJ  07101
ATTN:  Christina L. Martinez

> Re:     *Lincoln Adventures, LLC v. Those Certain Underwriters at Lloyd's London*,
>            No. 2:08-cv-00235-CCC-JAD (Tag-Along in MDL No. 1663)

Dear Ms. Martinez:

Plaintiffs' counsel in the above referenced matter have been advised by counsel in the United Kingdom that the certified copy of Judge Dickson's Letter of Request for International Judicial Assistance Pursuant to the Evidence (Proceedings in Other Jurisdictions) Act of 1975 to Permit Productions of Documents From Lloyd's Market Association (Doc. No. 2551) which was provided to the Senior Master is not satisfactory to effect the purposes stated therein. Apparently, the court in the UK requires an original signed letter of request.  Accordingly, we request, respectfully, that the court provide us with an original signed Order.

We thank you for your courtesies in this matter and apologize for the inconvenience.

Very truly yours,

Peter S. Pearlman

PSP:glv