CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

UTF

Robert Foote
416 S 2nd Street
Geneva, IL 60134-2717

NIXIE    608    EE 1    0207/10/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 07101

**Other Events**
2:08-cv-00235-CCC-JAD
LINCOLN ADVENTURES LLC et al v. THOSE CERTAIN UNDERWRITERS AT LLOYD'S LONDON MEMBERS OF SYNDICATES et al **CASE CLOSED on 03/28/2012**

ADMCLOSED,MDL1663

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2018 JUL 19  P 3: 27

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 6/20/2018 at 10:54 AM EDT and filed on 6/14/2018

**Case Name:** LINCOLN ADVENTURES LLC et al v. THOSE CERTAIN UNDERWRITERS AT LLOYD'S LONDON MEMBERS OF SYNDICATES et al
**Case Number:** 2:08-cv-00235-CCC-JAD
**Filer:**
**WARNING: CASE CLOSED on 03/28/2012**
**Document Number:** 52

**Docket Text:**
**Transcript of Status Conference held on April 17, 2018, before Magistrate Judge Joseph A. Dickson. Transcriber: KLJ Transcription Service, LLC (201-703-1670). NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Transcription Agency due, but not filed, by 7/5/2018. Redacted Transcript Deadline set for 7/16/2018. Release of Transcript Restriction set for 9/12/2018. (jml)**

**2:08-cv-00235-CCC-JAD Notice has been electronically mailed to:**

ABIGAIL NITKA    anitka@messner.com, jcmazzola@messner.com, jmontoya@messner.com, lbrinjikji@messner.com

ANDREW S. FRIEDMAN    afriedman@bffb.com, paquilino@bffb.com, rcreech@bffb.com

DAN DRACHLER    ddrachler@zsz.com

GREENBERG TRAURIG
450 S ORANGE AVENUE
SUITE 650 PO BOX 4923
ORLANDO, FL 32801-4923

RACHEL L. JENSEN
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 W BROADWAY
SUITE 1900
SAN DIEGO, CA 92101

ROBERT FOOTE
FOOTE & MEYERS
416 S 2ND STREET
GENEVA, IL 60134-2717

ROBERT S. SHACHTER
41 MADISON AVENUE
NEW YORK, NY 10010

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=6/20/2018] [FileNumber=11473583-0] [00a76d67f62e61853bac0431033b32ea2dd9f80339064d42dce55cad39a259fe64 67a62d517a2a11f42d6817c405eaea045bae5a4b08fa191021c49b74567ea9]]