

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM

July 24, 2018

Matthew M. Burke
T +1 617 951 7589
F +1 617 235 0395
matthew.burke@ropesgray.com

**BY ECF AND FEDEX**
Honorable Joseph A. Dickson
United States District Court
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *Lincoln Adventures, LLC v. Those Certain Underwriters at Lloyd's, London*, No. 2:08-cv-00235-CCC-JAD (Tag-Along in MDL No. 1663)

Dear Judge Dickson:

I write on behalf of Defendant Syndicates 510, 570, 609, 727, 958, 1003, 1084, 1096, 1245, 2003, 2020, 2488, and 2791 in the *Lincoln Adventures* action (the "Syndicates"). Today, the Syndicates served on Plaintiffs, via email, a letter in opposition to Plaintiffs' letter of July 13, 2018 ("Opposition"). The Syndicates' Opposition, and its accompanying exhibits, contain information that would otherwise be filed under seal. Pursuant to the Court's Order dated March 13, 2013, the Syndicates' Opposition and its exhibits will be sent by overnight mail to Your Honor for delivery tomorrow morning. *See* Dkt. No. 2424 at 9, n.4 ("Discovery dispute letters filed on the docket shall not include information that a party seeks to seal. In the rare event such information needs to be presented to resolve a discovery dispute, it shall be provided directly to Chambers.").

Respectfully submitted,

*/s/ Matthew M. Burke*
Matthew M. Burke

cc: All Counsel of Record, by CM/ECF