ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINCOLN ADVENTURES, LLC, a Delaware Limited Liability Company, and MICHIGAN MULTI-KING, INC., a Michigan Corporation, on Behalf of Themselves and All Those Similarly Situated,<br><br>                                       Plaintiffs,<br><br>       vs.<br><br>THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON MEMBERS OF SYNDICATES, et al.<br><br>                                       Defendants. | No. 2:08-cv-00235-CCC-JAD<br><br>CLASS ACTION<br><br>NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT<br><br>Motion Return Date:  May 20, 2019 |

1505794_1

TO: ALL COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT** on May 20, 2019, Plaintiffs, by and through their counsel, shall move before the Honorable Claire C. Cecchi, U.S.D.J. at the United States District Court for the District of New Jersey, in Courtroom 5B located at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order preliminarily approving the proposed Stipulation of Partial Class Action Settlement (the "Agreement").[1]

By this motion, Plaintiffs respectfully move the Court for an Order:

1. Preliminarily approving the partial settlement set forth in the Stipulation (the "Partial Settlement")[2] ;

2. Approving the proposed forms of notice and the notice plan, and directing that notices be disseminated pursuant to this plan; and

3. Setting a Fairness Hearing and certain other dates in connection with the final approval of the Partial Settlement.

In support thereof, Plaintiffs rely on the accompanying: (1) Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Partial Class Action Settlement; (2) the Jensen Declaration and exhibits thereto; (3) the Agreement; (4) the

---

[1] A copy of the executed Stipulation is attached as Exhibit A to the accompanying Declaration of Rachel L. Jensen (the "Jensen Declaration").

[2] The Settling Defendants are Lloyd's Syndicates 0033, 0102, 0382, 0435, 0570, 0609, 0623, 0958, 1183, 1886, 2001, 2623 and 2987.

- 1 -

1505794_1

Declaration of Robert S. Schachter and exhibit thereto; (5) the Affidavit of Linda V. Young and exhibits thereto; (6) all other pleadings and matters of record; and (7) such additional evidence or argument as may be presented before or at the hearing.

DATED:  April 19, 2019

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN
ALEXANDRA S. BERNAY
CARMEN A. MEDICI


               s/Rachel L. Jensen
            RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ZWERLING, SCHACHTER
  & ZWERLING, LLP
ROBERT S. SCHACHTER
DAN DRACHLER
ANA M. CABASSA
41 Madison Avenue
New York, NY  10010
Telephone:  212/223-3900
212/371-5969 (fax)

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
H. SULLIVAN BUNCH
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602/274-1199 (fax)

FOOTE, MIELKE, CHAVEZ
  & O'NEIL, LLC
ROBERT M. FOOTE
KATHLEEN C. CHAVEZ
10 West State Street, Suite 200
Geneva, IL  60134
Telephone:  630/232-7450
630/232-7452 (fax)

CAFFERTY CLOBES MERIWETHER
  & SPRENGEL LLP
ELLEN MERIWETHER
1101 Market Street, Suite 2650
Philadelphia, PA  19107
Telephone:  (215) 864-2800
215/864-2810 (fax)

DAVID M. FOSTER, P.C.
DAVID M. FOSTER
30833 Northwestern Hwy., Suite 209
Farmington, MI  48334
Telephone:  248/855-0940
248/855-0987 (fax)

Attorneys for Plaintiffs

- 3 -