ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINCOLN ADVENTURES, LLC, a Delaware Limited Liability Company, and MICHIGAN MULTI-KING, INC., a Michigan Corporation, on Behalf of Themselves and All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON MEMBERS OF SYNDICATES, et al.<br><br>Defendants. | No. 2:08-cv-00235-CCC-JAD<br><br>CLASS ACTION<br><br>STIPULATION AND PROPOSED ORDER |

1562767_1

WHEREAS, the parties entered into the Stipulation of Partial Class Action Settlement on April 9, 2019 ("Stipulation");

WHEREAS, the Stipulation was filed with the Court on April 19, 2019;

WHEREAS, the Court entered its Order Preliminarily Approving Proposed Partial Class Action Settlement and Preliminarily Certifying a Class for Settlement Purposes on May 3, 2019 ("Preliminary Approval Order");

WHEREAS, ¶XIV.4. of the Stipulation provides that "within ten (10) days after entry of the Preliminary Approval Order, $400,000 of the Settlement Amount will be wired by the Settling Defendants to the Claims Administrator ("Notice Credit")";

WHEREAS, the Settling Parties now wish to amend the above provision in the Stipulation (¶XIV.4.) to provide that the Notice Credit shall be paid to the Escrow Agent who shall deposit the Notice Credit into the Escrow Account and within two (2) business days of deposit therein, the Escrow Agent shall transfer the Notice Credit to the Claims Administrator.

NOW, THEREFORE, IT IS HEREBY STIPULATED that the Stipulation is amended as follows:

(A)    The Notice Credit shall be paid by the Settling Defendant to the Escrow Agent to be deposited into the Escrow Account and within two (2) business days of such deposit, the Escrow Agent shall transfer the Notice Credit to the Claims Administrator; and

(B) If any funds which are part of the Notice Credit have already been transferred to the Claims Administrator, such funds shall be transferred by the Claims Administrator to the Escrow Agent for deposit into the Escrow Account. Within two (2) business days of transfer to the Escrow Agent and deposit into the Escrow Account, such funds shall be transferred to the Claims Administrator.

DATED: May 9, 2019

>ROBBINS GELLER RUDMAN
> & DOWD LLP
>RACHEL L. JENSEN
>ALEXANDRA S. BERNAY
>CARMEN A. MEDICI
>
>*Rachel J. Jensen/Y.D.P*
>RACHEL L. JENSEN
>
>655 West Broadway, Suite 1900
>San Diego, CA 92101
>Telephone: 619/231-1058
>619/231-7423 (fax)
>
>ZWERLING, SCHACHTER
> & ZWERLING, LLP
>ROBERT S. SCHACHTER
>DAN DRACHLER
>ANA M. CABASSA
>
>*Robert S. Schacter/Y.D.P.*
>ROBERT S. SCHACHTER
>
>41 Madison Avenue
>New York, NY 10010
>Telephone: 212/223-3900
>212/371-5969 (fax)
>
>Plaintiffs' Co-Lead Counsel

ROBINS KAPLAN LLP
MATTHEW M. BURKE

*Matthew M. Burke /Y.D.P.*
MATTHEW M. BURKE

Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: 617/859-2711
617/267-8288 (fax)

Counsel for Certain Underwriters at
Lloyd's, London Organized as
Syndicates 0102, 0382, 0435 and 1886

HOLLAND & KNIGHT LLP
JOHN M. TORIELLO
DUVOL THOMPSON

*John M. Toriello /Y.D.P.*
JOHN M. TORIELLO

31 West 52nd Street
New York, New York 10019
Telephone: 212/513-3200
212/385-9010 (fax)

Certain Underwriters at Lloyd's, London
Organized as Syndicates 0033, 0623,
0958, 1183, 2001, 2623, and 2987

MESSNER REEVES LLP
ABIGAIL NITKA

_____
ABIGAIL NITKA

- 3 -

805 Third Avenue, 18th Floor
New York, New York 10022
Telephone: 646/663-1860
646/663-1895 (fax)

Certain Underwriters at Lloyd's, London
Organized as Syndicates 0570 and 0609

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE