

800 BOYLSTON STREET  617 267 2300 TEL
SUITE 2500  617 267 8288 FAX
BOSTON MA  02199  ROBINSKAPLAN.COM

MATTHEW M. BURKE
617 859 2711 TEL
MBURKE@ROBINSKAPLAN.COM

July 30, 2019  **BY ECF**

The Hon. Magistrate Judge Joseph A. Dickson
United States District Court for the District of New Jersey
Martin Luther King, Jr. Building & U.S. Courthouse
50 Walnut Street, Room MLK 2D
Newark, NJ  07101

    Re:   Lincoln Adventures, LLC v. Those Certain Underwriters at Lloyd's London,
           No. 2:08-cv-00235-CCC-JAD

Dear Judge Dickson:

I represent Syndicates 510, 727, 1084, 1096, 1245 and 2488, defendants in the above-referenced action. We received notice yesterday via ECF of the scheduling of a status conference for August 29, 2019 at 10:00 am. Due to a previously scheduled mediation in Florida on August 29-30, I am not available to attend the status conference on August 29 and respectfully request that the conference be rescheduled.

With counsel for plaintiffs, I contacted Chambers today and understand September 17, 2019 at 3:00 pm is available. All counsel are available on this date. I request that the status conference be rescheduled to September 17 at 3:00 pm.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Matthew M. Burke*

Matthew M. Burke

cc:    All Counsel of Record (via ECF)

36987116.1