**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Carmen A. Medici
cmedici@rgrdlaw.com

July 9, 2021

VIA ECF

The Honorable Magistrate Judge Edward S. Kiel
United States District Court
    for the District of New Jersey
Frank R. Lautenberg U.S. Post Office
    & Courthouse Building
2 Federal Square, Courtroom 8
Newark, NJ  07102

      Re:    *Lincoln Adventures, LLC v. Those Certain Underwriters at Lloyd's London*,
             No. 2:08-cv-00235-CCC-ESK

Dear Judge Kiel:

      I write on behalf of Plaintiffs Lincoln Adventures, LLC, and Michigan Multi-King, Inc. ("Plaintiffs") in the above-captioned case. Yesterday, Plaintiffs filed under seal their Plaintiffs' Supplemental Memorandum Pursuant to May 26, 2021 Order, in Support of Plaintiffs' Motion to Compel (ECF No. 185) ("Supplemental Memorandum"), and the Declaration of Carmen A. Medici in Support of Plaintiffs' Supplemental Memorandum Pursuant to May 26, 2021 Order, in Support of Plaintiffs' Motion to Compel ("Medici July 2021 Decl.") with Exhibits P-DD thereto.

      Plaintiffs have also served their Supplemental Memorandum and the Medici July 2021 Decl. with Exhibits P-DD on Defendants and, pursuant to orders in the case and the local rules, we have sent hard copies of the Supplemental Memorandum and the Medici July 2021 Decl. with Exhibits P-DD thereto to Your Honor's Chambers because the Supplemental Memorandum contained information which Defendants assert is confidential under the Protective Order.

Very truly yours,

*/s/ Carmen A. Medici*

CARMEN A. MEDICI

CAM:sll

cc:    Counsel of Record (via ECF)