**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Alexandra S. Bernay
xanb@rgrdlaw.com

April 22, 2022

VIA ECF

The Honorable Magistrate Judge Edward S. Kiel
United States District Court
   for the District of New Jersey
Frank R. Lautenberg U.S. Post Office
   & Courthouse Building
2 Federal Square, Courtroom 8
Newark, NJ 07102

# ORDER

      Re: *Lincoln Adventures, LLC v. Those Certain Underwriters at Lloyd's London*,
           No. 2:08-cv-00235-CCC-ESK

Dear Judge Kiel:

    Through the meet and confer process, the parties have agreed, subject to Your Honor's approval, on the following proposed merits discovery schedule:

| | |
|---|---|
| July 29, 2022 | Deadline for the parties to agree on the selection of witnesses to be deposed. |
| August 12, 2022 | Deadline for joint submission of any disputes concerning the selection of witnesses for depositions. |
| August 22, 2022 | Deadline for joint submission of any replies concerning the selection of witnesses for depositions. |
| TBD by Court | Hearing on any disputes regarding the selection of witnesses for depositions. |
| January 20, 2023 | End of fact discovery. |

    The Parties will be prepared to discuss the proposed fact discovery schedule at the upcoming Status Conference on April 27, 2022.  The Parties reserve all of their arguments as to any deposition that may be noticed or any witness who may be selected.

Very truly yours,



ALEXANDRA S. BERNAY

**So Ordered.**

    */s/ Edward S. Kiel*
**Edward S. Kiel, U.S.M.J.**
**Date: April 25, 2022**