ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN
ALEXANDRA S. BERNAY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINCOLN ADVENTURES, LLC, a Delaware Limited Liability Company, and MICHIGAN MULTI-KING, INC., a Michigan Corporation, on Behalf of Themselves and All Those Similarly Situated,<br><br>               Plaintiffs,<br><br>    vs.<br><br>THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON MEMBERS OF SYNDICATES, et al.<br><br>               Defendants. | No. 2:08-cv-00235-CCC-SDA<br><br>CLASS ACTION<br><br>NOTICE OF ADDRESS CHANGE |

4873-3566-1018.v1

PLEASE TAKE NOTICE that effective immediately, the new address for the

Florida office of Robbins Geller Rudman & Dowd LLP, counsel for plaintiffs Lincoln

Adventures, LLC and Michigan Multi-King, Inc., will be as follows:

Robbins Geller Rudman & Dowd LLP
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432

The office telephone and fax number of counsel are not changed.

DATED:  August 19, 2024          ROBBINS GELLER RUDMAN
                          & DOWD LLP
                       RACHEL L. JENSEN
                       ALEXANDRA S. BERNAY


                           s/ Rachel L. Jensen
                       RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
Robbins Geller Rudman & Dowd LLP
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ZWERLING, SCHACHTER
  & ZWERLING, LLP
ROBERT S. SCHACHTER
JUSTIN M. TARSHIS
41 Madison Avenue
New York, NY  10010
Telephone:  212/223-3900
212/371-5969 (fax)

- 1 -

4873-3566-1018.v1

LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
DAN DRACHLER
1215 Fourth Avenue, Suite 1350
Seattle, WA 98161
Telephone:  206/895-5005
206/895-3131 (fax)

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
H. SULLIVAN BUNCH
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602/274-1199 (fax)

FOOTE, MIELKE, CHAVEZ
  & O'NEIL, LLC
ROBERT M. FOOTE
KATHLEEN C. CHAVEZ
10 West State Street, Suite 200
Geneva, IL  60134
Telephone:  630/232-7450
630/232-7452 (fax)

CAFFERTY CLOBES MERIWETHER
  & SPRENGEL LLP
ELLEN MERIWETHER
205 N. Monroe Street
Media, PA  19063
Telephone:  (215) 864-2800
215/864-2810 (fax)

Attorneys for Plaintiffs

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on August 19, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  rachelj@rgrdlaw.com

4873-3566-1018.v1

**Mailing Information for a Case 2:08-cv-00235-CCC-SDA LINCOLN ADVENTURES LLC et al v. THOSE CERTAIN UNDERWRITERS AT LLOYD'S LONDON MEMBERS OF SYNDICATES et al**

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **WYSTAN M. ACKERMAN**
  WACKERMAN@RC.COM

- **ALEXANDRA S. BERNAY**
  Xanb@rgrdlaw.com

- **MATTHEW M. BURKE**
  MBurke@rc.com,crodriguez@rc.com

- **THOMAS F. BUSH**
  tbush@freeborn.com

- **THOMAS F. BUSH**
  tbush@freeborn.com,pfrye@freeborn.com,jgarza@sgrlaw.com

- **ANA MARIA CABASSA-TORRES**
  acabassa@zsz.com

- **DAN DRACHLER**
  ddrachler@lchb.com,btroxel@lchb.com,dan-drachler-6676@ecf.pacerpro.com

- **DAVID M. FOSTER**
  davidfosterlaw@aol.com

- **ANDREW S. FRIEDMAN**
  afriedman@bffb.com,rcreech@bffb.com

- **PATRICK FRYE**
  pfrye@freeborn.com

- **PAUL J. GELLER**
  pgeller@rgrdlaw.com,jalperstein@rgrdlaw.com,swinkles@rgrdlaw.com,e_file_fl@rgrdlaw.com,mdearman@rgrdlaw.com

- **MARC D. HAEFNER**
  mhaefner@walsh.law,mhogan@walsh.law,shamilton@walsh.law

- **RACHEL L. JENSEN**
  rachelj@rgrdlaw.com

- **RACHEL L. JENSEN**
  rachelj@rgrdlaw.com,cmedici@rgrdlaw.com,SLandry@rgrdlaw.com,AGonzales@rgrdlaw.com,tdevries@rgrdlaw.com,CReis@ecf.courtdrive.com,creis@rgrdlaw.com

- **EDITH M. KALLAS**
  ekallas@whatleykallas.com,ecf@whatleykallas.com

- **THOMAS R. MERRICK**
  tmerrick@rgrdlaw.com

- **ABIGAIL NITKA**
  abigail.nitka@gmail.com

- **PETER S. PEARLMAN**
  PSP@njlawfirm.com,sl@njlawfirm.com

- **THEODORE J. PINTAR**
  tedp@rgrdlaw.com

- **ROBERT S. SCHACHTER**
  rschachter@zsz.com

- **ROBERT S. SCHACHTER**
  rschachter@zsz.com,wgonzalez@zsz.com

- **JOHN J. STOIA**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com,tmerrick@rgrdlaw.com

- **JUSTIN M. TARSHIS**
  jtarshis@zsz.com

- **JOE R. WHATLEY**
  jwhatley@whatleykallas.com,ecf@whatleykallas.com

- **JONATHAN MICHAEL ZIMMERMAN**
  jzimmerman@scott-scott.com,efile@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**ANA              M. CABASSA**
41 MADISON AVENUE
NEW YORK, NY 10010

**ROBERT           FOOTE**
FOOTE & MEYERS
416 S 2ND STREET
GENEVA, IL 60134-2717

**DAVID            J. GEORGE**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS
197 S FEDERAL HIGHWAY
SUITE 200
BOCA RATON, FL 33432

**GREGORY          W. HERBERT**
GREENBERG TRAURIG
450 S ORANGE AVENUE
SUITE 650 PO BOX 4923
ORLANDO, FL 32801-4923

**RACHEL           L. JENSEN**
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 W BROADWAY
SUITE 1900
SAN DIEGO, CA 92101

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
,

**ROBERT           S. SHACHTER**
41 MADISON AVENUE
NEW YORK, NY 10010