COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
MATTHEW F. GATELY
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINCOLN ADVENTURES, LLC, a Delaware Limited Liability Company, and MICHIGAN MULTI-KING, INC., a Michigan Corporation, on Behalf of Themselves and All Those Similarly Situated,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON MEMBERS OF SYNDICATES, et al.<br><br>                              Defendants. | No. 2:08-cv-00235-CCC-JSA<br><br>CLASS ACTION<br><br>NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT<br><br>Motion Return Date:  May 19, 2025 |

TO: ALL COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT** on May 19, 2025, Plaintiffs, by and through their counsel, shall move before the Honorable Claire C. Cecchi, U.S.D.J. at the United States District Court for the District of New Jersey, in Courtroom 5B located at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order preliminarily approving the proposed Stipulation of Partial Class Action Settlement (the "Agreement").[1]

By this motion, Plaintiffs respectfully move the Court for an Order:

1. Preliminarily approving the partial settlement set forth in the Agreement (the "Partial Settlement");[2]

2. Approving the proposed forms of notice and the notice plan, and directing that notices be disseminated pursuant to this plan; and

3. Setting a Fairness Hearing and certain other dates in connection with the final approval of the Partial Settlement.

In support thereof, Plaintiffs rely on the accompanying: (1) Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Partial Class Action Settlement; (2) the Bernay Declaration and exhibits thereto; (3) the

---

[1] A copy of the executed Agreement is attached as Exhibit A to the accompanying Declaration of Alexandra S. Bernay (the "Bernay Declaration").

[2] The Settling Defendants are Lloyd's Syndicates 727, 2791, 1003, 2003 and 2020.

Agreement; (4) the Declaration of Robert S. Schachter and exhibit thereto; (5) the Declaration of Mark Cowen; (6) all other pleadings and matters of record; and (7) such additional evidence or argument as may be presented before or at the hearing.

DATED: April 17, 2025

Respectfully submitted,

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
MATTHEW F. GATELY

<u>        s/ *Matthew F. Gately*        </u>
MATTHEW F. GATELY

Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAM S. SHELDON
ALEXANDRA S. BERNAY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ZWERLING, SCHACHTER
  & ZWERLING, LLP
ROBERT S. SCHACHTER
JUSTIN M. TARSHIS
41 Madison Avenue
New York, NY  10010
Telephone:  212/223-3900
212/371-5969 (fax)

LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
DAN DRACHLER
1215 Fourth Avenue, Suite 1350
Seattle, WA 98161
Telephone:  206/895-5005
206/895-3131 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
H. SULLIVAN BUNCH
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602/274-1199 (fax)

FOOTE, MIELKE, CHAVEZ
  & O'NEIL, LLC
ROBERT M. FOOTE
KATHLEEN C. CHAVEZ
10 West State Street, Suite 200
Geneva, IL  60134
Telephone:  630/232-7450
630/232-7452 (fax)

CAFFERTY CLOBES MERIWETHER
  & SPRENGEL LLP
ELLEN MERIWETHER
205 N. Monroe Street
Media, PA  19063
Telephone:  215/864-2800
215/864-2810 (fax)

Attorneys for Plaintiffs