COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
MATTHEW F. GATELY
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINCOLN ADVENTURES, LLC, a Delaware Limited Liability Company, and MICHIGAN MULTI-KING, INC., a Michigan Corporation, on Behalf of Themselves and All Those Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON MEMBERS OF SYNDICATES, et al.<br><br>　　　　　　　　　　Defendants. | No. 2:08-cv-00235-CCC-JSA<br><br><u>CLASS ACTION</u><br><br>**CERTIFIED STATEMENT OF SERVICE** |

The undersigned certifies that on April 17, 2025, a copy of the foregoing Plaintiffs' Notice of Motion for Preliminary Approval of Partial Class Action Settlement; Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Partial Class Action Settlement; Declaration of Robert S. Schachter in Support of Plaintiffs' Motion for Preliminary Approval of Partial Class Action Settlement; Declaration of Alexandra S. Bernay in Support of Plaintiffs' Motion for Preliminary Approval of Partial Class Action Settlement; Declaration of Mark

Cowen Regarding Notice to Settlement Class Members with Exhibits; Proposed Order Preliminarily Approving Proposed Partial Class Action Settlement and Preliminarily Certifying a Class for Settlement Purposes; and this Certification of Service were filed electronically.

Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

Respectfully submitted,

Dated: April 17, 2025

*/s/ Matthew F. Gately*
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
MATTHEW F. GATELY
mfg@njlawfirm.com
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
(201) 845-9600 (telephone)
(201) 845-9423 (fax)

2